# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

In Re: Lakeshia Rochell Liddell      :     Case No. 22-50096

                                     :     Chapter 13

Debtor(s)                            :     Judge _____

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Speedy/Rapid Cash  hereby gives notice that its address, as it relates to Proof(s) of Claim Number(s) _____, is changed as follows:

Prior Address: P.O. Box 782260

| NOTICE ADDRESS: | PAYMENT ADDRESS: |
|---|---|
| Attn: Bankruptcy Department | PO Box 931789 |
| 2312 E TRINITY MILLS RD STE 100 | Atlanta GA 31193-1789 |
| CARROLLTON TX 75006 | |

Prepared by:

/s/ Carrie Smith
Name

Carrie Smith
Title

Bankruptcy Specialist
Address

Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ Carrie Smith

Speedy/Rapid Cash
Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006