**Fill in this information to identify the case:**

Debtor 1: Lakeisha Rochell Liddell

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 22-50096-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                             12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Habitat for Humanity of the Miss. Gulf Coast, Inc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 6 5

**Date of payment change:** 03/01/26
Must be at least 21 days after date of this notice

**New total payment:** $ 450.99
Principal, interest, and escrow, if any
For HELOC payment amounts, see Part 3

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Basis for Change - Decrease in Monthly Escrow (See Exh. A)

   Current escrow payment: $ 437.93     New escrow payment: $ 365.99

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☐ No
   ☐ Yes.
      Current HELOC payment:      $ _____
      Reconciliation amount:      + $ _____ or
                                  - $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1  Lakeisha Rochell Liddell                                 Case number (if known) 22-50096-KMS
         First Name  Middle Name  Last Name

Amount of next payment (including reconciliation amount)            $_____

Amount of the new payment thereafter (without reconciliation amount) $_____

**Part 4:  Other Payment Change**

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

**Part 5:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ☐ I am the creditor.
   ■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ s/G. Martin Warren, Jr.                          Date  1/27/26
  Signature

Print:  G.            Martin         Warren, Jr.        Title  Atty for Creditor - MSB No. 8889
        First Name    Middle Name    Last Name

Company  Dukes, Keating, Hatten, McRaney, Blum, P.A.

Address  13334 Seaway Road, Suite 203
         Number      Street
         Gulfport                      MS       39503
         City                          State    ZIP Code

Contact phone ( 228 ) 868 - 1111              Email marty@dkhmb.com

Official Form 410S1          Notice of Mortgage Payment Change               page 2

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: LAKEISHA R. LIDDELL        CASE NO. 22-50096-KMS
CHAPTER 13

### Exhibit "A" to Notice of Mortgage Payment Change

Itemization of Escrow Decrease

| | |
|---|---|
| Hazard Insurance | $2,428.14 |
| Flood Insurance | $1,339.00 |
| Property Taxes | $624.70 |
| TOTAL | $4,391.84 per year |
| | Divided by 12 months = |
| | **$365.99 per month** |

Fahe  
319 Oak Street  
Berea, KY  40403  
For Inquiries:  (888) 969-1399

Final

Analysis Date:    January 15, 2026

LAKEISHA LIDDELL  
841 SCHOOL AVENUE  
PASCAGOULA MS  39567

Loan:    965

Property Address:  
841 SCHOOL AVENUE  
PASCAGOULA, MS  39567

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2025 to Feb 2026.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2026: |
|---|---|---|
| Principal & Interest Pmt: | 85.00 | 85.00 |
| Escrow Payment: | 437.93 | 365.99 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $522.93 | $450.99 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2026 |
| Escrow Balance: | 10,821.83 |
| Anticipated Pmts to Escrow: | 437.93 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $11,259.76 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 1,751.65 | 2,646.50 |
| Mar 2025 | 437.93 | 424.38 |  |  | * | 2,189.58 | 3,070.88 |
| Mar 2025 |  | 13.55 |  |  | * Escrow Only Payment | 2,189.58 | 3,084.43 |
| Apr 2025 | 437.93 | 848.76 |  |  | * | 2,627.51 | 3,933.19 |
| Apr 2025 |  | 27.10 |  |  | * Escrow Only Payment | 2,627.51 | 3,960.29 |
| May 2025 | 437.93 |  |  |  | * | 3,065.44 | 3,960.29 |
| Jun 2025 | 437.93 | 848.76 |  |  | * | 3,503.37 | 4,809.05 |
| Jun 2025 |  | 27.10 |  |  | * Escrow Only Payment | 3,503.37 | 4,836.15 |
| Jul 2025 | 437.93 | 437.93 |  |  |  | 3,941.30 | 5,274.08 |
| Aug 2025 | 437.93 | 437.93 |  |  |  | 4,379.23 | 5,712.01 |
| Sep 2025 | 437.93 | 1,751.72 |  |  | * | 4,817.16 | 7,463.73 |
| Sep 2025 |  |  |  | 1,339.00 | * Flood Insurance | 4,817.16 | 6,124.73 |
| Oct 2025 | 437.93 | 437.93 |  |  |  | 5,255.09 | 6,562.66 |
| Nov 2025 | 437.93 | 437.93 |  |  |  | 5,693.02 | 7,000.59 |
| Dec 2025 | 437.93 |  | 1,146.00 |  | * Flood Insurance | 4,984.95 | 7,000.59 |
| Dec 2025 |  | 875.86 | 3,591.00 | 2,428.14 | * Hazard Insurance | 1,393.95 | 5,448.31 |
| Dec 2025 |  |  | 518.10 | 624.70 | * County Taxes | 875.85 | 4,823.61 |
| Jan 2026 | 437.93 | 437.93 |  |  |  | 1,313.78 | 5,261.54 |
| Feb 2026 | 437.93 |  |  |  | * | 1,751.71 | 5,261.54 |
|  |  |  |  |  | Anticipated Transactions | 1,751.71 | 5,261.54 |
| Feb 2026 |  | 437.93 |  |  |  |  | 5,699.47 |
|  | $5,255.16 | $7,444.81 | $5,255.10 | $4,391.84 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 5,255.10. Under Federal law, your lowest monthly balance should not have exceeded 875.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 875.85. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Fahe  Final
For Inquiries: (888) 969-1399

Analysis Date: January 15, 2026

LAKEISHA LIDDELL   Loan: ▒▒▒▒▒3965

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 11,259.76 | 1,463.91 |
| Mar 2026 | 365.99 | | | 11,625.75 | 1,829.90 |
| Apr 2026 | 365.99 | | | 11,991.74 | 2,195.89 |
| May 2026 | 365.99 | | | 12,357.73 | 2,561.88 |
| Jun 2026 | 365.99 | | | 12,723.72 | 2,927.87 |
| Jul 2026 | 365.99 | | | 13,089.71 | 3,293.86 |
| Aug 2026 | 365.99 | | | 13,455.70 | 3,659.85 |
| Sep 2026 | 365.99 | | | 13,821.69 | 4,025.84 |
| Oct 2026 | 365.99 | | | 14,187.68 | 4,391.83 |
| Nov 2026 | 365.99 | | | 14,553.67 | 4,757.82 |
| Dec 2026 | 365.99 | 1,339.00 | Flood Insurance | 13,580.66 | 3,784.81 |
| Dec 2026 | | 624.70 | County Taxes | 12,955.96 | 3,160.11 |
| Dec 2026 | | 2,428.14 | Hazard Insurance | 10,527.82 | 731.97 |
| Jan 2027 | 365.99 | | | 10,893.81 | 1,097.96 |
| Feb 2027 | 365.99 | | | 11,259.80 | 1,463.95 |
| | $4,391.88 | $4,391.84 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 731.97. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 731.97 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 11,259.76. Your starting balance (escrow balance required) according to this analysis should be $1,463.91. This means you have a surplus of 9,795.85. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 4,391.84. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 365.99 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $365.99 |

## CERTIFICATE OF SERVICE

I, G. Martin Warren, Jr., Attorney for Creditor, Habitat for Humanity of the Mississippi Gulf Coast, Inc., do hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the ECF system, which sent notification of such filing to the following: Thomas C. Rollins, Attorney for Debtor; and to Warren A. Cuntz, Jr., Chapter 13 Trustee. I further certify that I have this day provided such filing via First Class U.S. Mail to the following debtor: Lakeisha Rochell Liddell, 841 School Street, Pascagoula, MS 39567.

SO CERTIFIED, this the ___27th___ day of ___January___, 2026.

s/G. Martin Warren, Jr.
G. MARTIN WARREN, JR.