_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 3, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                                                              **CHAPTER 13**
**LAKEISHA ROCHELL LIDDELL**                                                    **CASE NO. 22-50096-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### LAKEISHA ROCHELL LIDDELL (SSN # XXX-XX-2439)

THE ORDER **(Dkt. 9)** heretofore entered in these proceedings by which the debtor's employer:

>PASCAGOULA-GAUTIER SCHOOL DISTRICT
>1716 TUCKER ST
>PASCAGOULA, MA 39567-0000

was directed to pay Debtor's wages or a portion thereof to:

>WARREN A. CUNTZ, JR. TRUSTEE
>P.O. BOX 3749
>GULFPORT MS 39505-3749
>(228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##