**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Lakeisha Rochell Liddell, Debtor         Case No. 22-50096-KMS
                                                  Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Lakeisha Rochell Liddell                                        03-03-2026
          Lakeisha Rochell Liddell                                                      Date

          /s/ Thomas C. Rollins, Jr.                                      03-03-2026
          Thomas C. Rollins, Jr., MS Bar No. 103469                            Date
          Attorney for the Debtor
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On March 4, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                    /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LAKEISHA ROCHELL LIDDELL | CASE NO: 22-50096<br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/4/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LAKEISHA ROCHELL LIDDELL | CASE NO: 22-50096<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/4/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50096
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAR 3 15-24-48 PST 2026

HABITAT FOR HUMANITY OF THE MISS GULF COAST
2214 34TH STREET
GULFPORT  MS 39501-7025

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

SPEEDYRAPID CASH
PO BOX 782260
WICHITA  KS 67278-2260

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

BREYAWNA LIDDELL
841 SCHOOL ST
PASCAGOULA  MS 39567-4322

COAST FAMILY HEALTH
4770 AMOCO DR
MOSS POINT  MS 39563-9627

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

(P)FEDERATION OF APPALACHIAN HOUSING ENTERPRISES
ATTN FAGE
319 OAK STREET
BEREA KY 40403-1424

G MARTIN WARREN  JR
HABITAT FOR HUMANITY
OF THE MISSISSIPPI GULF COAST
1319 24TH AVENUE
GULFPORT MS 39501-2062

G MARTIN WARREN  JR  ESQ
FOR HABITAT FOR HUMANITY OF
THE MISSISSIPPI GULF COAST INC
1319 24TH AVENUE
GULFPORT  MS 39501-2062

HABITAT FOR HUMANITY OF THE MISS GULF COAST
G MARTIN WARREN  JR
1319 24TH AVENUE
GULFPORT  MS 39501-2062

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

SCIALDONE LAW FIRM
PO BOX 4080
GULFPORT  MS 39502-4080

SINGING  RIVER HOSPITA
PO BOX 789
OCEAN SPRINGS  MS 39566-0789

SINGING RIVER FEDERAL CREDIT UNION
6006 HWY 63
MOSS POINT  MS 39563-9534

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

EXCLUDE

(D)SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

SPEEDYRAPID CASH
ATTN BANKRUPTCY DEPARTMENT
2312 E TRINITY MILLS RD STE 100
CARROLLTON  TX 75006-1955

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

LAKEISHA ROCHELL LIDDELL
841 SCHOOL ST
PASCAGOULA  MS 39567-4322

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749