Fill in this information to identify the case:

Debtor 1 LAKEISHA ROCHELL LIDELL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Mississippi__
(State)

Case number  22 _ 50096  - KMS

Official Form 410C13-N

## Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

| | |
|---|---|
| Name of claim holder: | Habitat for Humanity of the Miss. Gulf Coast, Inc (FAHE) |

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: **3 9 6 5**

Property address:

**841 SCHOOL AVE**
Number    Street

**PASCAGOULA    MS    39567**
City              State      ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

### Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 8,681.98 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 8,681.98 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. | Total amount of arrearages disbursed by the trustee: | $ 8,681.98 |

**Part 4:**   **Postpetition Payments**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ 25,783.71

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on MARCH 2026 _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ 0.00

**Part 6:**   **A Response is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/ Warren A. Cuntz, Jr. _____     Date 03/31/2026
  Signature

Trustee    Warren          A.          Cuntz, Jr.
           First Name    Middle Name   Last Name

Address    Post Office Box 3749
           Number       Street

           Gulfport                    MS      39505-3749
           City                        State   ZIP Code

Contact phone ( 228 ) 831 - 9531                    Email wcuntzcourt@gport13.com

Official Form 410C13-N          Trustee's Notice of Disbursements Made          page 2

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor:_____ Thomas C. Rollins, Jr.

Email address: _____ trollins@therollinsfirm.com

Attorney for Creditor:_ G. Martin Warren, Jr. _____

Email address: mwarren@slfirmus.com _____

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: Habitat for Humanity of the Miss. Gulf Coast, Inc G. Martin Warren, Jr.

1319 24th Ave

Gulfport, MS 39501

Debtor (if *pro se*): _____

Creditor's Attorney (if not registered with CMECF):

DATED this the _31st__ day of _MARCH_____ 2026

/s/_____ *WARREN A. CUNTZ, JR.* _____.
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902