United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                           Case No. 22-50096-KMS

Lakeisha Rochell Liddell                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                    Page 1 of 2

Date Rcvd: Mar 31, 2026                      Form ID: 3180W                                  Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakeisha Rochell Liddell, 841 School St, Pascagoula, MS 39567-4322 |
| cr | + | Habitat for Humanity of the Miss. Gulf Coast, Inc., 2214 34th Street, Gulfport, MS 39501-7025 |
| 5074936 | + | Bre'yawna Liddell, 841 School St, Pascagoula, MS 39567-4322 |
| 5074937 | + | Coast Family Health, 4770 Amoco Dr, Moss Point, MS 39563-9627 |
| 5194365 | + | G. Martin Warren, Jr., Habitat For Humanity, of the Mississippi Gulf Coast, 1319 24th Avenue, Gulfport MS 39501-2062 |
| 5075536 | + | G. Martin Warren, Jr., Esq., For Habitat for Humanity of, the Mississippi Gulf Coast,Inc., 1319 24th Avenue, Gulfport, MS 39501-2062 |
| 5076076 | + | Habitat for Humanity of the Miss. Gulf Coast, Inc., G. Martin Warren, Jr., 1319 24th Avenue, Gulfport, MS 39501-2062 |
| 5074941 | + | Scialdone Law Firm, P.O. Box 4080, Gulfport, MS 39502-4080 |
| 5074943 | + | Singing River Hospita, PO Box 789, Ocean Springs, MS 39566-0789 |

TOTAL: 9


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| cr | + | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 5074939 | | EDI: IRS.COM | Mar 31 2026 23:30:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5074938 | | Email/Text: loanservicing@fahe.org | Mar 31 2026 19:36:00 | Fahe, Inc, 106 Pasco Street, Berea, KY 40403 |
| 5074940 | + | Email/Text: ebone.woods@usdoj.gov | Mar 31 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5074942 | + | Email/Text: lynn.simmers@srfcu.org | Mar 31 2026 19:37:00 | Singing River Federal Credit Union, 6006 Hwy 63, Moss Point, MS 39563-9534 |
| 5079882 | ^ | MEBN | Mar 31 2026 19:31:19 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5074944 | + | Email/Text: Tracey@sra-inc.net | Mar 31 2026 19:37:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5075569 | + | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | Speedy/Rapid Cash, Attn: Bankruptcy Department, 2312 E Trinity Mills Rd Ste 100, Carrollton, TX 75006-1955 |
| 5074946 | ^ | MEBN | Mar 31 2026 19:31:10 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 10

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: 3180W | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5074945 | *+ | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Martin Warren, Jr. | on behalf of Creditor Habitat for Humanity of the Miss. Gulf Coast Inc. marty@dkhmb.com, dmcdonald@dkhmb.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Lakeisha Rochell Liddell jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lakeisha Rochell Liddell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lakeisha Rochell Liddell** | Social Security number or ITIN   **xxx–xx–2439** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **22–50096–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    **Lakeisha Rochell Liddell**

Dated: 3/31/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**