**Fill in this information to identify the case:**

Debtor 1    LAKEISHA ROCHELL LIDDELL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **S o u t h e r n**    District of **Mississippi**
                                                        (State)

Case number    **2 2 - 5 0 0 9 6 - K M S**

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    Habitat for Humanity of the Miss. Gulf Coast, Inc. (FAHE)

**Court claim no.** (if known):

2

**Last 4 digits** of any number you use to identify the debtor's account:    **3965**

**Property address:**    841 School Avenue
                                      Number      Street

                                        Pascagoula      MS      39567

| Part 2: | | City          State      ZIP Code |
|---|---|---|

**Arrearages**

The total amount received to cure any arrearages as of the date of this response:    $8,681.98

*Check all that apply:*

X    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $ _____.

☐    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:    $ _____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

X    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

❑    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____/_____/_____.

❑    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:     **04** / **20** / **2026**

    ii.   Date next postpetition payment from the debtor is due:     **05/01/2026**

    iii.  Amount of the next postpetition payment that is due:     $ **450.99**

    iv.  Unpaid principal balance of the loan:     $ **12,911.47**

    v.  Additional amounts due for any deferred or accrued interest:     $ **0.00**

    vi.  Balance of the escrow account:     $ **7,260.89**

    vii. Balance of unapplied funds or funds held in a suspense account:     $ **0.00**

    viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:     $ **0.00**

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

X   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖   _s/G. Martin Warren, Jr._                                    Date 0 4 / 2 7 / 2 0 2 6
         Signature

Name          G.                    Martin              Warren, Jr.
                 First name          Middle name        Last name

Title       **Attorney for Creditor – MSB No. 8889**

Company      **Dukes, Keating, Hatten, McRaney, Blum, P.A.**
                 Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       **13334 Seaway Road, Suite 203**
                 Number          Street
                 **Gulfport**                                        **MS**        **39503**

                 City                                             State        ZIP Code

Contact phone ( 2 2 8 )   8 6 8 - 1 1 1 1                    Email _marty@dkhmb.com_

April 21, 2026

LAKEISHA LIDDELL
841 SCHOOL AVENUE
PASCAGOULA MS  39567

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ██490██3965
LAKEISHA LIDDELL
841 SCHOOL AVENUE
PASCAGOULA, MS   39567
Loan Type: Conventional

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address.  Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit.  The payoff is subject to final audit when presented.  Any overpayment or refunds will be mailed directly to the borrower.  We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **4/21/2026** |
|---|---|
| Principal Balance | $12,911.47 |
| Interest To 4/21/2026 | $0.00 |
| Fees | $0.00 |
| Prepayment Penalty | $0.00 |
| Release Fees | $100.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | $(901.98) |
| **Total Payoff** | **$12,109.49** |
| Per diem | $0.00 |

The next payment due is 3/1/2026. Payments are made by Billing on a Monthly basis. The current interest rate is 0.00000% and the P & I payment is 85.00.  The taxes are next due 12/30/2026.

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Fahe

319 Oak Street

Berea, KY  40403
(859) 986-2321
(888) 969-1399
(859) 428-7991   Fax

PO1.rpt
4/21/2026

## CERTIFICATE OF SERVICE

I, G. Martin Warren, Jr., Attorney for Creditor, Habitat for Humanity of the Mississippi Gulf Coast, Inc., do hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the ECF system, which sent notification of such filing to the following:  Thomas C. Rollins, Attorney for Debtor; and to Warren A. Cuntz, Jr., Chapter 13 Trustee. I further certify that I have this day provided such filing via First Class U.S. Mail to the following debtor: Lakeisha Rochell Liddell, 841 School Street, Pascagoula, MS 39567.

SO CERTIFIED, this the ___27th___ day of ___April___, 2026.

s/G. Martin Warren, Jr._____
G. MARTIN WARREN, JR.